No. 91–7348.  CREECH v. ARAVE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 92–919.  EISEN v. UNITED STATES;

No. 92–968.  MORGANTI ET AL. v. UNITED STATES;

No. 92–969.  NAPOLI v. UNITED STATES;

No. 92–1222.  FISHMAN v. UNITED STATES; and

No. 92–7394.  WEINSTEIN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 974 F. 2d 246.

No. 92–1003.  DENNLER ET AL. v. TRIPPET ET AL.;

No. 92–1099.  CROSS, EXECUTRIX, ET AL. v. THORNER ET AL.; and

No. 92–1294.  THORNER ET AL. v. CROSS, EXECUTRIX, ET AL.  C. A. 10th Cir.  Certiorari denied.  Reported below: 977 F. 2d 1533 and 1549.

No. 92–1094.  BLAKE v. CISNEROS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 92–1114.  JOHNSON v. UNITED STATES RAILROAD RETIREMENT BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 92–1143.  STONE ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–1169.  EASTERN CO. ET AL. v. RINARD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–1203.  METRO DENVER MAINTENANCE CLEANING, INC. v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 92–1209.  BAREFORD ET AL. v. GENERAL DYNAMICS CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–1212.  NO NAME VIDEO, LTD., ET AL. v. UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–1227.  POWELSON ET AL. v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.